STATE OF NEW JERSEY v. NATALIE WEINSTEIN.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHUCK MATTOX.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS L. PEOPLES.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GERARD WILLIAM JONES.

July 8, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARCO F. MINICHINO.

July 8, 1988.

Petition for certification denied.